NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TASHA LONG,**
*Petitioner*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent*

---

2023-1910

---

Petition for review of the Merit Systems Protection Board in No. SF-0432-22-0409-I-1.

---

## JUDGMENT

---

THOMAS FRITZ MUTHER, JR., Minahan Muther Klinger, PC, Denver, CO, argued for petitioner.

RETA EMMA BEZAK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent.  Also represented by BRIAN M. BOYNTON, TARA K. HOGAN, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK and STOLL, *Circuit Judges*, and MURPHY, *District Judge[1]*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 5, 2024
Date

Jarrett B. Perlow
Clerk of Court

---

[1]     Honorable John F. Murphy, District Judge, United States District Court for the Eastern District of Pennsylvania, sitting by designation.